MMB

37

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERATI | : | CIVIL ACTION |
| v. | : | |
| BRT, INC., et al. | : | NO. 05-1661 |

FILED
MAR 2 8 2006
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

**ORDER**

AND NOW, this 28th day of March, 2006, after hearing oral argument on defendant's motion for summary judgment, and review of the briefs and other papers, the Court finds factual issues for trial as specified on the record of the argument and defendant's motion for summary judgment is DENIED.

This case is listed for trial as a back-up to another civil case, on April 18, 2006. The Court will have a final pretrial conference with counsel on Monday, April 17, 2006 at 2:00 p.m. at which time further discussion on scheduling will take place, along with resolution of any issues relating to admissibility of exhibits or other evidence, etc.

MICHAEL M. BAYLSON, U.S.D.J.

3/29/06
mailed to:
M. Crocenzi
faxed to:
S. Ziegler