## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael J. Liberati | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action Number: 2:05-cv-1661 |
| | : | Judge Michael M. Baylson |
| BRT, INC. | : | |
| | : | |
| and | : | |
| | : | |
| Harold Mast, President | : | |
| BRT, INC. | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF ENTRY OF APPEARANCE

**TO:  CLERK OF COURT**

Please enter the appearance of John Neumann Hickey, Esq., PA Attorney ID #61896, 20 West Front Street, Media, PA  19063, e-mail address: jneumannhickey@hotmail.com, phone number: (610) 891-8883, fax number: (610) 891-8923 as trial counsel on behalf of the Plaintiff, Michael J. Liberati.  Mr. Hickey has always been named as counsel in the Liberati case but for some reason his name has never been listed on the docket.

    Respectfully Submitted by:

    SIGNATURE CODE:  SAZ4759
    s/Sharon Ann Ziegler, Esq.
    (PA Attorney I.D. No. 64027)
    5118 Foxfire Trail
    Kingsport, TN  37664
    (423) 288-9623

    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Sharon Ann Ziegler, Esq., the undersigned and attorney of record for the plaintiff in the case Liberati v. BRT, Inc. et al.,*Civil Action File No.: 2:05-cv-1661* hereby certifies that a true and correct copy of *Plaintiff's Notice of Entry of Appearance* was served on May 3, 2006 via e-mail transmission and facsimile to the following counsel of record:

      Michael J. Crocenzi, Esq.
      Goldberg Katzman
      320 Market Street
      Strawberry Square
      P.O. Box 1268
      Harrisburg, PA  17108-1268

      Attorney for Defendants

      SIGNATURE CODE:  SAZ4759
      s/Sharon Ann Ziegler, Esq.