# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. LIBERATI | : | CIVIL ACTION |
| v. | : | |
| BRT, INC., et al. | : | NO. 05-1661 |

## CIVIL JUDGMENT

Before the Honorable Michael M. Baylson:

AND NOW, this 15th day of May, 2006, in accordance with the verdict of the jury,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendants and against the Plaintiff.

BY THE COURT

ATTEST:   s/Lynn Meyer
          Lynn Meyer
          Deputy Clerk

O:\forms\Civil Judgment Form.wpd